certiorari dismissed. See this Court's Rule 39.8. 

No. 01–6944. HERRON v. WOODRUFF ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2259. IN RE DISBARMENT OF WISEHART. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. D–2262. IN RE DISBARMENT OF ESTRINE. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. 01M31. WEIDNER v. OREGON STATE CORRECTIONAL INSTITUTION ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Final motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $297,888.18 to be paid as follows: 42% each by Nebraska and Wyoming, 10% by the United States, and 6% by Basin Electric Power Cooperative. [For earlier decision herein, see, *e. g., ante,* p. 40.]

No. 00–878. MATHIAS ET AL. v. WORLDCOM TECHNOLOGIES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 532 U. S. 903.] Motion of respondent Illinois Bell Telephone Co. for leave to file a supplemental brief after argument denied. Motion of petitioners for leave to file a supplemental brief after argument denied without prejudice to filing a brief addressing only the jurisdictional question. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 00–1531. VERIZON MARYLAND INC. v. PUBLIC SERVICE COMMISSION OF MARYLAND ET AL.; and
No. 00–1711. UNITED STATES v. PUBLIC SERVICE COMMISSION OF MARYLAND ET AL. C. A. 4th Cir. [Certiorari granted, 533 U. S. 928 and *ante*, p. 1072.] Motion of Illinois to have briefs in companion case, *Mathias et al.* v. *WorldCom Technologies, Inc., et al.,* No. 00–878 [certiorari granted, 532 U. S. 903], considered as briefs *amicus curiae* in these cases granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.